**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Telicia Owens v. Krista G. Handyside, M.D., Samuel J. Prater, M.D.,
Kenneth A. Totz, D.O., FACEP, and Memorial Hermann Hospital
System d/b/a Memorial Hermann – Texas Medical Center

Appellate case number:   01-12-01108-CV

Trial court case number:  2012-07534

Trial court:              152nd District Court of Harris County

　　　Appellee Kenneth A. Totz, D.O., FACEP has filed a motion for rehearing and a motion for en banc reconsideration. The Court requests a response to the motion for rehearing and the motion for en banc reconsideration from appellant Telicia Owens. The response must be filed no later than **5:00 p.m., 20 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

　　　It is so ORDERED.


Judge's signature: /s/ Justice Jennings
　　　　　　　　　　　　☐ Acting individually　　☐ Acting for the Court


Date: June 30, 2015